BOROUGH OF HASBROUCK HEIGHTS, PLAINTIFF-PETI-
TIONER, v. DIVISION OF TAX APPEALS *ET AL.*, DE-
FENDANTS-RESPONDENTS.

*Messrs. Chandless, Weller & Kramer* for the petitioner.

*Mr. Benedict Krieger and Mr. Herbert C. Klein* for the respondents.

September 17, 1962.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
ALBERT TASSIELLO, *ET AL.*, DEFENDANTS-RESPOND-
ENTS.

See same case below: 75 *N. J. Super.* 1.

*Mr. Guy W. Calissi* and *Mr. Charles J. Sakany* for the petitioner.

*Mr. Nino D. Caridi* for the respondents.

September 17, 1962.   Granted.